COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-111-CV

ESTATE OF HORACE L. BETTS, JR., DECEASED

----------

FROM PROBATE 
COURT NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant Stephen Betts’ request to withdraw his appeal.  It is the court’s opinion that the request should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant, for which let execution issue.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: May 25, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.